# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECEIVED E-Filing

C 06 7932

| | |
|---|---|
| SAUDI SYSTEMS CORPORATION, a Saudi Arabian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE USA, INC., a California corporation,<br><br>Defendant. | Case No.<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

FILED JAN - 3 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

Andrew J. Petrie, an active member in good standing of the bar of Colorado, whose business address and telephone number is: Andrew J. Petrie, Featherstone Petrie DeSisto LLP, 600 Seventeenth Street, Suite 2400-S, Denver, Colorado 80202; phone 303-626-7100; fax 303-626-7101, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Saudi Systems Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JAN - 3 2007

_____
United States District Judge