UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| SAUDI SYSTEMS CORPORATION, a Saudi Arabian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE USA, INC., a California corporation,<br><br>Defendant. | Case No. C 06 7932<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Andrew J. Petrie, an active member in good standing of the bar of Colorado, whose business address and telephone number is: Andrew J. Petrie, Featherstone Petrie DeSisto LLP, 600 Seventeenth Street, Suite 2400-S, Denver, Colorado 80202; phone 303-626-7100; fax 303-626-7101, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Saudi Systems Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JAN - 3 2007

_____
United States District Judge

RECEIVED E-Filing

FILED JAN - 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND