Kevin D. Lally (SBN 095374)
Edward Romero (SBN 148495)
**GREENAN, PEFFER, SALLANDER & LALLY, LLP**
6111 Bollinger Canyon Road, Suite 500
San Ramon, California   94583-0010
Telephone:   925-866-1000
Facsimile:   925-830-8787
klally@gpsllp.com
eromero@gpsllp.com

Andrew J. Petrie (Admitted Pro Hac Vice)
Lisa Lee Jordan (Admitted Pro Hac Vice)
**FEATHERSTONE PETRIE DESISTO LLP**
600 Seventeenth Street, Suite 240
Denver, Colorado   80202-5424
Telephone:   303-626-7100
Facsimile:   303-626-7101
apetrie@featherstonelaw.com
ljordan@featherstonelaw.com

Attorneys for Plaintiff
Saudi Systems Corporation

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SAUDI SYSTEMS CORPORATION, a Saudi Arabian corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ORACLE CORPORATION, a California corporation, <br><br> Defendant. <br> _____ <br> and Related Case <br> _____ | Case No. C06 7932 CW <br><br> Case No. C07 0419 CW <br><br> **ORDER GRANTING AS MODIFIED STIPULATION SETTING BRIEFING AND HEARING SCHEDULE AND CONTINUING DATE FOR INITIAL DISCLOSURES** |

-1-
Stipulation & [Proposed Order] Setting Briefing & Hearing Schedule & Continuing Date for Initial Disclosures

1    Saudi Systems Corporation ("Saudi Systems") and Oracle Corporation ("Oracle")
2 stipulate and agree that the Court may make and enter its order in these related actions as
3 follows:
4    1.   Saudi Systems and Oracle are parties in two related actions pending before this
5 Court: (a) *Saudi Systems Corporation v. Oracle Corporation*, Case No. C06 7932 CW (the
6 "Saudi Systems Action"); and (b) *Oracle Corporation v. Saudi Systems Corporation*, Case No.
7 C07 0419 CW (the "Oracle Action").
8    2.   Oracle has moved to dismiss the Saudi Systems Action and the hearing on its
9 motion is scheduled for March 23, 2006 at 10:00 a.m.
10    3.   The pleading in the Oracle Action is a petition to confirm an arbitration award
11 (the "Petition").  The Petition was served by Notice and Waiver of Summons pursuant to Fed. R.
12 Civ. Proc. 4(d).  The time for Saudi Systems to respond to the Petition currently expires on
13 March 31, 2007.  Saudi Systems expects to move to dismiss the Petition.
14    4.   In the interests of efficiency, Saudi Systems and Oracle seek to coordinate the
15 briefing and hearing dates on their respective motions so that both are heard on April 27, 2007.
16 The parties further seek to continue the April 13 case management conference in these matters to
17 April 27, 2007.
18    5.   Saudi Systems and Oracle further request that the Court continue the April 6,
19 2007 date set for the exchange of discovery required by Fed. R. Civ. P. 26(a)(1) until after the
20 Court rules on the parties' motions.
21    6.   Saudi Systems and Oracle therefore respectfully request that the Court set the
22 briefing and hearing schedule in these matters, and continue the time for the exchange of initial
23 disclosures, as follows:
24    A.   Saudi Systems shall have up to and including March 9, 2007 to file and serve its
25 opposition to Oracle's motion to dismiss the Saudi Systems Action.
26    B.   Saudi Systems shall have up to and including March 16, 2007 to file and serve its
27 response to the Petition in the Oracle Action.
28

C.   Oracle shall have up to and including March 23, 2007 to file and serve the reply in support of its motion to dismiss the Saudi Systems Action.

D.   Oracle shall have up to and including April 6, 2007 to file and serve its opposition to Saudi System's response in the Oracle Action.

E.   Saudi Systems shall have up to and including April 13, 2007 to file and serve the reply in support of its motion to dismiss the Oracle Action.

F.   The hearing on the motions filed by Saudi and Oracle shall be heard on April 27, 2007 at 10:00 a.m.

G.   The case management conference currently scheduled for April 13, 2007 shall be heard immediately following the hearing on April 27.

H.   The exchange of the disclosures required by Fed. R. Civ. P. 26(a)(1) shall be continued from April 6, 2007 until thirty days after service of the rulings on the motions filed pursuant to this Order.

Dated:  February __, 2007.

Respectfully submitted,

**GREENAN, PEFFER, SALLANDER & LALLY, LLP**

By: _____
      Edward Romero
      Attorneys for Plaintiff
      Saudi Systems Corporation

1 | Dated:  February __, 2007.

Respectfully submitted,

**QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP**


By:_____
       Margret Caruso
       Attorneys for Defendant
       Oracle Corporation

**ORDER**

Pursuant to the stipulation of the parties and with good cause appearing, the Court sets the briefing and hearing schedule in these related actions, and continues the time for the exchange of initial disclosures, as follows:

1. Saudi Systems shall have up to and including **March 16, 2007** to file and serve its opposition to Oracle's motion to dismiss the Saudi Systems Action.

2. Saudi Systems shall have up to and including March 16, 2007 to file and serve its response to the Petition in the Oracle Action.   **1 and 2  shall be a single brief.**

3. Oracle shall have up to and including **April 6, 2007** to file and serve the reply in support of its motion to dismiss the Saudi Systems Action.

4. Oracle shall have up to and including April 6, 2007 to file and serve its opposition to Saudi System's response in the Oracle Action.  **3 and 4 shall be a single brief.**

5. Saudi System shall have up to and including April 13, 2007 to file and serve the reply in support of its motion to dismiss the Oracle Action.

6. The hearing on the motions filed by Saudi Systems and Oracle shall be heard on April 27, 2007 at 10:00 a.m.

7. The case management conference currently scheduled for April 13, 2007 shall be heard immediately following the hearing on April 27.

8. The exchange of the disclosures required by Fed. R. Civ. Proc. 26(a)(1) shall be continued from April 6, 2007 until thirty days after service of the rulings on the motions filed pursuant to this Order.

**IT IS SO ORDERED**

February 20, 2007.    _____
                                             UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28