Kevin D. Lally (SBN 095374)
Edward Romero (SBN 148495)
GREENAN, PEFFER, SALLANDER & LALLY, LLP
6111 Bollinger Canyon Road
Suite 500
San Ramon, CA  94583-0010
Telephone:  925-866-1000
Facsimile:  925-830-8787
klally@gpsllp.com
eromero@gpsllp.com

*Attorneys for Saudi Systems Corporation*

Diane M. Doolittle (Bar No. 142046)
Margret M. Caruso (Bar No. 243473)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suit 560
Redwood Shores, California 94065-2139
Telephone:  650-801-5000
Facsimile:  650-801-5100
dianedoolittle@quinnemanuel.com
margretcaruso@quinnemanuel.com

*Attorneys for Oracle Corporation*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUDI SYSTEMS CORPORATION, a Saudi Arabian corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. C06 7932 CW<br>) Case No. C07 0419 CW |
| ORACLE CORPORATION, a California corporation, | ) **STIPULATION OF DISMISSAL,**<br>) **WITH PREJUDICE** |
| Defendant. | ) ) |
| | ) |
| and Related Case | ) |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their respective attorneys, stipulate to the dismissal of all claims by, between and among them, with prejudice, each party to bear its own costs, expenses and attorneys' fees.

1    Accordingly, the parties respectfully and jointly request that the Court:

2  (1) dismiss their claims against each other, with prejudice, in both of the following,

3  related cases:  Saudi Systems Corp. v. Oracle Corp., No. C 06-7932-CW (N.D. Cal.)

4  and Oracle Corp. v. Saudi Systems Corp., No. C 07-00419-CW (N.D. Cal.); and

5  (2) order that each party shall bear its own costs, expenses and attorneys' fees.

6    Dated:  April 19, 2007

7

8  _(signature)_                                _(signature)_

9  Diane M. Doolittle (Bar No. 142046)          Kevin D. Lally (SBN 095374)
   Margret M. Caruso (Bar No. 243473)           Edward Romero (SBN 148495)
10 QUINN EMANUEL URQUHART OLIVER &              GREENAN, PEFFER, SALLANDER & LALLY, LLP
   HEDGES, LLP                                  6111 Bollinger Canyon Road, Suite 500
11 555 Twin Dolphin Drive, Suit 560             San Ramon, CA  94583-0010
   Redwood Shores, California 94065-2139        Telephone:  925-866-1000
11 Telephone:  650-801-5000                     Facsimile:  925-830-8787
12 Facsimile:  650-801-5100                     klally@gpsllp.com
   dianedoolittle@quinnemanuel.com              eromero@gpsllp.com
13 margretcaruso@quinnemanuel.com

14      -and-                                        -and-

15 Peggy Bruggman                               Andrew J. Petrie (pro hac vice)
   Oracle, Inc.                                 Lisa Lee Jordan (pro hac vice)
16 500 Oracle Parkway                           FEATHERSTONE PETRIE DESISTO  LLP
   Redwood Shores, CA  94065                    600 Seventeenth Street, Suite 2400S
17 peggy.bruggman@oracle.com                    Denver, Colorado 80202
                                                Phone:  303-626-7100
18                                              Fax: 303-626-7101
                                                apetrie@featherstonelaw.com
19                                              ljordan@featherstonelaw.com

20 _Attorneys for Oracle Corporation_          _Attorneys for Saudi Systems Corporation_

21

22

23                    UNITED STATES DISTRICT COURT

24                         IT IS SO ORDERED

25                         _(signature)_

26                         Judge Claudia Wilken

27                    NORTHERN DISTRICT OF CALIFORNIA

28

## PROOF OF SERVICE

1    I, Sharon Hagle, hereby declare:

2    I am employed in the County of Contra Costa, State of California in the office of a
member of the bar of this court at whose direction the following service was made. I am over
3    the age of 18 and not a party to the within action. My business address is: Greenan, Peffer,
Sallander & Lally, LLP, 6111 Bollinger Canyon Road, Suite 500, San Ramon, California
4    94583.

5    I am personally and readily familiar with the business practice of Greenan, Peffer,
Sallander & Lally, LLP, for collection and processing of correspondence for mailing with the
6    United States Postal Service, pursuant to which mail placed for collection at designated stations
in the ordinary course of business is deposited the same day, postage prepaid, with the United
7    States Postal Service.

8    On this date, I served: **STIPULATION OF DISMISSAL, WITH PREJUDICE** on the
following:
9

10   Dorian Daley, Esq.                         Attorneys for Oracle Corporation
     Peggy E. Bruggman, Esq.                    Telephone:  (650) 506-5200
     500 Oracle Parkway, Mailstop 5OP7          Facsimile: (650) 506-7114
11   Redwood Shores, California  94065

12   [X]    **(BY MAIL)** By placing a true copy thereof enclosed in a sealed envelope for collection
            and processing in accordance with the above-described business practice.
13

14   []     **[BY FEDERAL EXPRESS]**   I caused such envelope(s) to be handed to a federal
            express representative on_____, at the offices of Greenan, Peffer, Sallander &
            Lally, LLP, 6111 Bollinger Canyon Road, Suite 500, San Ramon, CA 94583.
15

16   []     **(BY PERSONAL SERVICE)**  I caused each document to be delivered by hand this
            date to the addressee(s) listed above.
17
     []     **(FACSIMILE)** By facsimile transmission pursuant to Rule 2009 of the California Rules
            of Court.
18

19   Executed on **April 19, 2007**, San Ramon, California.

20

21                                     Sharon Hagle

22

23

24

25

26

27

28